IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CEA MAI, | § | |
| | § | |
| Defendant Below, | § | No. 227, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. No. 1308015125 (S) |
| | § | |
| Appellee. | § | |

Submitted: June 28, 2024
Decided: July 3, 2024

### ORDER

On June 10, 2024, the appellant filed this appeal from a Superior Court order dated April 24, 2024, and docketed on May 2, 2024, that denied her motion for sentence modification. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] Under Supreme Court Rules 6 and 11, a timely notice of appeal should have been filed on or before June 3, 2024. The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. On June 17, 2024, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice